MR

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED
EE
8/28/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Daniel Geiter

(Enter above the full name of the plaintiff or plaintiffs in this action)

1:26-cv-10433
Judge Charles P. Kocoras
Magistrate Judge Maria Valdez
PC 8
DIRECT

vs.

Case No:________________
(To be supplied by the Clerk of this Court)

Chaplain Joe
Chaplain Mike Enright
Counselor Lawson
Deputy Director Latoyia Hayes
Rabbi Scheiman

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I. Plaintiff(s):**

A. Name: Daniel Geiter

B. List all aliases: N/A

C. Prisoner identification number: 2025 061 4014

D. Place of present confinement: Cook County Dept. of Corrections

E. Address: 2600 S. California Ave., Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Chaplain Joe

Title: Chaplain

Place of Employment: Cook Co. Dept. of Corrections

B. Defendant: Chaplain Mike Enright

Title: Chaplain

Place of Employment: Cook Co. Dept. of Corrections

C. Defendant: Counselor Lawson

Title: Counselor

Place of Employment: Cook Co. Dept. of Corrections

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

cont'd next page →





[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Geiter v. Houston
26 C 6476

B. Approximate date of filing lawsuit: May 26, 2026

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
Don Geiter

D. List all defendants: Detective Houston
+ 7 John Doe's

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois

F. Name of judge to whom case was assigned: Charles Kocoran

G. Basic claim made: Civil Rights violation

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): pending

I. Approximate date of disposition: pending

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

II. Defendants:

D. Defendant: Latoyia Hayes
Title: Deputy Director
Place of Employment: Cook County Dept. of Corrections

E. Defendant: Rabbi Scheiman
Title: Rabbi
Place of Employment: Cook Co. Dept. of Corrections

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

COMES NOW THE PLAINTIFF, DANIEL GEITER (HEREINAFTER "PLAINTIFF"), AND MAKES THE FOLLOWING CLAIM: ON OR ABOUT MARCH 2026, PLAINTIFF REQUESTED FROM MS. LAWSON (HEREINAFTER "LAWSON"), A COUNSELOR IN DIVISION 8 RTU AT COOK COUNTY CORRECTIONAL CENTER IN CHICAGO, ILLINOIS (HEREINAFTER "CCCC"), THE NECESSARY FORM ISSUED BY CCCC ALLOWING DETAINEES TO CHANGE THEIR SELF-DECLARED RELIGION. LAWSON GAVE PLAINTIFF THE FORM AND PLAINTIFF COMPLETED THE FORM DECLARING THAT HE WISHED TO CONVERT TO JUDAISM. PLAINTIFF ASKED LAWSON HOW LONG THE PROCESS WOULD TAKE AND SHE REPLIED THAT SHE DIDN'T KNOW, BUT SHE WOULD MAKE THE REQUISITE INQUIRIES. ON OR ABOUT MAY 2026, PLAINTIFF REVISITED THE QUESTION WITH LAWSON, BUT SHE CLAIMED THAT SHE DIDN'T HAVE ANY MEMORY OF PLAINTIFF'S CHANGE OF RELIGION APPLICATION, BUT SHE SAID SHE WOULD CHECK.

ON OR ABOUT JUNE 19, 2026, THE VOLUNTEER CHAPLAIN JOE WAS VISITING PLAINTIFF'S HOUSING UNIT, 3B (WITHIN DIVISION 8 RTU), PASSING OUT RELIGIOUS STUDY BOOKS AND BIBLES TO THE DETAINEES WHILE MINISTERING TO THEM. AFTER WAITING FOR HIM TO COMPLETE THESE TASKS, PLAINTIFF APPROACHED CHAPLAIN JOE AND DISCUSSED HIS CONCERNS WITH HIM. PLAINTIFF INFORMED →



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

CHAPLAIN JOE THAT HE HAD BEEN WAITING FOR A RESPONSE TO HIS RELIGIOUS CHANGE/CONVERSION REQUEST SUBMITTED BACK IN MARCH 2026, AND PLAINTIFF DESCRIBED TO CHAPLAIN JOE HIS RESOLVE TO CONVERT TO JUDAISM AND THAT HE HAD BEEN READING ABOUT THE CONVERSION PROCESS IN A BOOK SENT TO HIM BY HIS FAMILY. AFTER LISTENING TO PLAINTIFF'S CONCERNS, CHAPLAIN JOE STATED THAT DETAINEES WERE NOT ALLOWED TO CONVERT TO JUDAISM HERE AT CCCC. CHAPLAIN JOE WENT ON TO EXPLAIN THAT CCCC WOULD NOT RECOGNIZE OR FACILITATE A DETAINEE CONVERTING TO JUDAISM BECAUSE CCCC DID NOT HAVE THE PERSONNEL NOR THE FACILITY TO HONOR SUCH A REQUEST. PLAINTIFF WAS SHOCKED AND CONFUSED BY CHAPLAIN JOE'S RESPONSE, BUT NEVERTHELESS THANKED HIM FOR HIS HELP. CHAPLAIN JOE DID INFORM PLAINTIFF HE WOULD MENTION PLAINTIFF'S CONCERNS TO CCCC'S OFFICIAL CHAPLAIN. ON JUNE 24, 2026, PLAINTIFF FILED A GRIEVANCE ON THIS MATTER.

IN PLAINTIFF'S GRIEVANCE HE LAID OUT HIS CONCERN THAT HE WAS PURPOSELY BEING DENIED HIS CONSTITUTIONAL RIGHT TO EMBRACE AND PRACTICE JUDAISM. ON JUNE 27, 2026, PLAINTIFF WAS VISITED BY CCCC CHAPLAIN MIKE ENRIGHT. PLAINTIFF EXPLAINED TO ENRIGHT HIS DESIRE TO CONVERT TO JUDAISM. ENRIGHT DECLARED TO PLAINTIFF THAT THIS WAS NOT POSSIBLE. ENRIGHT CONTINUED BY STATING THAT CCCC POLICY AND PRACTICE IS NOT TO LET DETAINEES CONVERT TO JUDAISM. HE SAID, "IF YOU STATE JUDAISM AT INTAKE THEN WE RECOGNIZE THAT. IF NOT, WE DO NOT

→



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

OFFER CONVERSIONS." ENRIGHT THEN STATED HE WOULD HAVE THE CCCC RABBI CONTACT THE PLAINTIFF. THIS ENTIRE CONVERSATION BETWEEN PLAINTIFF AND CHAPLAIN ENRIGHT WAS WITNESSED IN FULL BY C.O. ALLEN (FEMALE) WHO WAS WORKING ON 3B AT THAT TIME.

ON 7/21/26 RABBI SCHEIMAN VISITED PLAINTIFF ON 3B. HE ASKED PLAINTIFF WHAT HIS REQUEST WAS, AND PLAINTIFF TOLD HIM OF HIS DESIRE TO FULFILL THE RITUALS OF CONVERSION TO JUDAISM. THE RABBI EXPLAINED THAT IT WAS THE POLICY OF CCCC TO NOT ALLOW DETAINEES TO CONVERT TO JUDAISM. THE RABBI THEN GAVE PLAINTIFF SEVERAL REASONS WHY THIS WAS CCCC POLICY, AND STATED IN NO UNCERTAIN TERMS WOULD A CONVERSION TAKE PLACE. THE RABBI FLATLY REFUSED TO GIVE PLAINTIFF HIS NAME WHEN PLAINTIFF ASKED. PLAINTIFF LEARNED THE RABBI'S NAME LATER, THROUGH OTHER MEANS.

ON JULY 22, 2026, PLAINTIFF RECEIVED A RESPONSE TO HIS JUNE 24, 2026 GRIEVANCE HE HAD FILED. NO POSITIVE RESPONSE WAS RECEIVED. ON JULY 22, 2026, PLAINTIFF FILED ANOTHER GRIEVANCE THAT THE PREVIOUS DENIAL BY RABBI SCHEIMAN BE REVISITED AND RE-CONSIDERED. THE DEPUTY DIRECTOR, MS. LATOYIA HAYES, ORDERED A REVIEW OF THE MATTER INSTEAD.

PLAINTIFF FILED AN APPEAL TO HAYES' RESPONSE, INFORMING HER THAT THE RABBI HAD DENIED PLAINTIFF'S REQUEST. HAYES' RESPONSE WAS "ORIGINAL RESPONSE STANDS" DATED JUNE 23, 2026. PLAINTIFF HAS NOT RECEIVED ANY FURTHER RESPONSE AND HAVE NOT BEEN ALLOWED TO CONVERT NOR PRACTICE MY CHOSEN RELIGION.

PLAINTIFF HAS EXHAUSTED HIS ADMINISTRATIVE REMEDIES IN THIS MOST REGRETFUL MATTER.

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$1,000,000.00 per DEFENDANT

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 30 day of July, 2026

(Signature of plaintiff or plaintiffs)

Daniel Geiter
(Print name)

2025 061 4014
(I.D. Number)

2600 S. California Ave.
Chicago, IL 60608
(Address)

 Revised 9/2007

Daniel Geiter
2025604014
2600 California
Chicago IL
60608

08/28/2026-5

quadient
FIRST-CLASS MAIL
IMI
$004.62 0
08/20/2026 ZIP 60608
043M31244814
US POSTAGE

Prisoner Correspondance
Clerk's Office
US District Court
219 S. Dearborn St. 20th Floor
Chicago, IL 60604

RECEIVED
AUG 28 2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LEGAL
Mail